IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

THE ESTATE OF BILLIE STATON, By Helen Staton, :
as Personal Representative of the Estate
3420 Rickey Avenue, Unit 241D :
Temple Hills, Maryland 20748

and :

HELEN STATON, INDIVIDUALLY :
3420 Rickey Avenue, Unit 241D
Temple Hills, Maryland 20748 :

Plaintiffs :

v. : **Case No.:**

WASHINGTON METROPOLITAN AREA TRANSIT :
AUTHORITY
Serve: General Counsel :
600 5th Street, N.W.
Washington, DC 20001 :

Defendant :

COMPLAINT

Plaintiffs, Helen Staton, individually and as Personal Representative of the Estate of Billie Staton, by their attorney, Richard L. Jaklitsch, hereby files suit against the Defendant, Washington Metropolitan Area Transit Authority, hereinafter referred to as WMATA, and for reasons, states as follows:

INTRODUCTION

1. On or about December 1, 2021, Plaintiff was an invitee waiting to be boarded onto a Metro Access Van owned by Defendant, WMATA, and operated by one of its employees.

2. At that same time and place, said employee of Defendant, WMATA, negligently operated the lift, causing Plaintiff to fall from his wheelchair onto the ground.

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

3. At all times relevant herein, Billie Staton, was exercising due care, and was free of negligence.

COUNT I

5. Plaintiffs, Helen Staton, individually, realleges the facts and allegations set forth in the Introduction, and further states as follows:

6. The negligence of the Defendant, WMATA, was the proximate cause of the accident in that said Defendant negligently failed to ensure that its lift system was properly maintained and operated in a safe manner, negligently failed to ensure that the lift was properly lowered to the ground before attempting to place the Plaintiff onto it, and was otherwise careless and negligent, thereby causing harm to the Plaintiff.

7. As a direct and proximate result of the negligence of the Defendant, deceased Plaintiff incurred pain, suffering, loss of enjoyment of life, and incurred medical bills and Plaintiff's wife Helen Staton, as sole beneficiary of Billie Staton and as Personal Representative of the Estate, sustained pecuniary loss, mental anguish, emotional pain and suffering, loss of society, loss of companionship, loss of comfort, loss of protection, loss of attention, loss of advice, and loss of counsel, and the incurrence of medical bills, and other damages.

WHEREFORE, Plaintiffs, Helen Staton, individually and as Personal Representative of the Estate of Billie Staton, by their attorney, demands judgment against said Defendant in a sum over and above Seventy-Five Thousand Dollars ($75,000.00).

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
CPF#: 8312010222
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com

/bkb

DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

Richard L. Jaklitsch

/bkb