**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **ESTATE OF BILLIE STATON, *et al.***<br><br>**Plaintiff,**<br>**vs.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>**Defendant.** | **Case No.: 8:25-cv-00879 AAQ** |

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION FOR LEAVE TO FILE VIDEO EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

The Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel, hereby files the instant motion seeking leave to file Exhibit # 1 to WMATA's Motion for Summary Judgment. Exhibit # 1 is WMATA's video of the incident.

Two copies of a DVD and/or flash drive, which contains the video, is being hand-delivered to the Clerk of the Court tomorrow, January 6, 2026. Plaintiff has received a copy of the video in discovery on December 15, 2025. However, a copy of WMATA's ECF stamped motion, and video will be served via email today, January 5, 2026, to Plaintiff's counsel.

WMATA was unable to obtain Plaintiff's consent for this motion. Plaintiff's counsel is out of the office until January 12, 2026 and WMATA's motion for summary judgment is due today, January 5, 2026.

**WHEREFORE**, based on the above averments, WMATA respectfully requests leave of Court to file the video evidence in support of its motion for summary judgment.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

__*/s/ Neal M. Janey, Jr.*_____
Neal M. Janey, Jr., *Bar No.: 26800*
Senior Counsel II
WMATA Legal Department
300 Seventh Street, S.W.,
Room 712-04 East
Washington, D.C. 20024
(202) 627-4540 telephone
(202) 962-2550 facsimile
E-mail: nmjaney@wmata.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was forwarded to the following people via email and the Court's ECF System on this 5th day of January 2026:

Richard L. Jaklitsch, Esquire
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
Email: rick@jaklitschlawgroup.com

*/s/ __Neal M. Janey, Jr.*___________
Neal M. Janey, Jr.